NELLO TRIZZANO et al., Appellants, v ALLSTATE INSURANCE COMPANY et al., Respondents.

Submitted July 12, 2004; decided September 14, 2004

Motion, insofar as it seeks leave to appeal as against Allstate Insurance Company, denied; motion for leave to appeal otherwise dismissed upon the ground that, as to Marinaccio & Azznara, the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

BASSUK BROS., INC., Appellant, v UTICA FIRST INSURANCE COMPANY, Defendant and Third-Party Plaintiff-Respondent. LEGION INSURANCE COMPANY, Third-Party Defendant-Appellant.

Submitted July 26, 2004; decided September 21, 2004

Motion for leave to appeal dismissed upon the ground that the Appellate Division order, not the Supreme Court judgment entered on remand, is the final appealable paper in this action (*see* CPLR 5611).

In the Matter of BLOSSOM VIEW NURSING HOME, Appellant, v ANTONIA C. NOVELLO, M.D., as Commissioner of Health of State of New York, et al., Respondents.

Submitted July 26, 2004; decided September 21, 2004

Motion by the New York State Health Facilities Association, Inc. for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.